**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

BRANDY LEE ARREGUIN,

        PLAINTIFF,

No. 1:25-cv-00543-KES-GSA

**ORDER EXTENDING PLAINTIFF'S DEADLINE TO FILE A MOTION FOR SUMMARY JUDGMENT (NO LONGER CALLED AN OPENING BRIEF)**

-v-

FRANK BISIGNANO,
Commissioner of Social Security,

        Defendant.

-----------------------------------------------------------

**ORDER**

As stipulated, Plaintiff's <u>MSJ deadline</u> (formerly known as an opening brief) is extended to and including September 30, 2025; other dates adjusted accordingly.

IT IS SO ORDERED.

Dated: **July 25, 2025**                **/s/ Gary S. Austin**
                                                      UNITED STATES MAGISTRATE JUDGE