UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brandy Lee Arreguin,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Commissioner of Social Security,<br><br>　　　　　Defendants. | No. 1:25-cv-00543-KES-GSA<br><br>**ORDER EXTENDING DEFENDAN'S RESPONSE DEADLINE**<br><br>(ECF No. 17) |

It is ORDERED that Defendant's unopposed motion for an extension (ECF No. 17) is granted, and Defendant's deadline to file a cross-motion for summary judgment is extended up to and including November 24. 2025.

IT IS SO ORDERED.

　　Dated:　**October 27, 2025**　　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1